| AO-10<br>Rev. 1/97 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 1996 | Report Required by the Ethics<br>Reform Act of 1989, Pub. L. No.<br>101-194, November 30, 1989<br>(5 U.S.C. App. 4, 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br>McCuskey, Michael P. | 2. Court or Organization<br>U. S. District Court --<br>Central District of Illinois | 3. Date of Report<br>08 /01 /97 |
|---|---|---|
| 4. Title (Article III judges indicate active or<br>senior status; Magistrate judges indicate<br>full- or part-time)<br>Nominee for U. S. District Court Judge | 5. Report Type (check appropriate type)<br>X Nomination, Date 7/31/97<br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br>11/1/96 - 7/1/97 |
| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and<br>any modifications pertaining thereto, it is, in my opinion,<br>in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Director | Illinois State University Alumni Association |
| Director | Illinois State University Varsity "I" Club |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| Vested Member | Illinois Judicial Retirement System |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1 | 1995 | State of Illinois -- Judicial Salary | $109,750.90 |
| 2 | 1996 | State of Illinois -- Judicial Salary | $117,108.81 |
| 3 | | My wife is a homemaker. She was not employed during | $_____ |
| 4 | | 1995 and 1996. | $_____ |
| 5 | | | $_____ |

Digitized by Google

| INANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>McCuskey, Michael P. | Date of Report<br>08 /01 /97 |
|---|---|---|

**REIMBURSEMENTS and GIFTS** -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|

☐ **NONE** (No such reportable reimbursements or gifts)

EXEMPT

. **OTHER GIFTS.** (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|

☐ **NONE** (No such reportable gifts)

EXEMPT

**I. LIABILITIES.** (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|

☒ **NONE** (No reportable liabilities)

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

Digitized by Google

| INANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>McCuskey, Michael P. | Date of Report<br><br>08 /01 /97 |
|---|---|---|

## I. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt. 1<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value2<br>Code<br>(J-P) | (4)<br>Gain1<br>Code<br>(A-H) | (5)<br>Identity of<br>Buyer/seller<br>(if private<br>transaction) |
| | | | | | If not exempt from disclosure | | | | |
| NONE (No reportable income, assets, or transactions) | | | | | EXEMPT | | | | |
| First National Bank of Lacon IL | A | Int | J | T | | | | | |
| Pfizer, Inc. Common Stock (S) | A | Div | K | T | | | | | |
| Smith Barney Mutual Fund (S) | C | Div | L | T | | | | | |
| Fidelity Fund IRA | E | Div | M | T | | | | | |
| American Century Funds IRA | B | Div | J | T | | | | | |
| Fidelity Puritan Fund Tax Deferred | D | Div | K | T | | | | | |
| Illinois Judicial Retirement System | Future | | P4 | T | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |

| 1 Inc/Gain Cds. (Col. B1,D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000<br>G=$100,001-$1,000,000 | E=$15,001-$50,000<br>H2=$1,000,001 or more |
|---|---|---|---|
| 2 Val. Cds. (Col. C1,D3) | J=$15,000 or less<br>P1=$25,000,001-$50,000,000 | K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 N=$250,001-$500,000<br>P2=$5,000,001-$25,000,000 | P3=$50,000,001 or more |
| 3 Val Mth Cds. (Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment T=Cash/Market<br>W=Estimated |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>McCuskey, Michael P. | Date of Report<br>08/01/97 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 4, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Michael P. McCluskey_    Date August 1, 1997

Michael P. McCuskey

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App. 4, § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Digitized by Google

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | 21329 | | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | | | Notes payable to banks—unsecured | 20000 | | |
| Listed securities—add schedule | 73932 | | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | | Notes payable to others | | | |
| Accounts and notes receivable | | | Accounts and bills due | | | |
| Due from relatives and friends | | | Unpaid income tax | | | |
| Due from others | | | Other unpaid tax and interest | | | |
| Doubtful Promissory Note | 6000 | | Real estate mortgages payable—add schedule First of America | 52000 | | |
| Real estate owned—add schedule | 152000 | | Chattel mortgages and other liens payable | 5306 | | |
| Real estate mortgages receivable | | | Other debts—itemize: | | | |
| Autos and other personal property | 30000 | | | | | |
| Cash value—life insurance | | | | | | |
| Other assets—itemize: | | | | | | |
| State of Illinois Bonds | 40000 | | | ' | | |
| IRA's—See Attached Schedule | 164301 | | | | | |
| Deferred Compensation—See Attached Schedule | 126448 | | Total liabilities | 77306 | | |
| | | | Net Worth | 536704 | | |
| Total Assets | 614010 | | Total liabilities and net worth | 614010 | | |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | 0 | | Are any assets pledged? (Add schedule.) | No | | |
| On leases or contracts | 0 | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | 0 | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | 0 | | | | | |
| Other special debt | 0 | | | | | |

Digitized by Google

ATTACHMENT TO FINANCIAL STATEMENT
OF
MICHAEL P. McCUSKEY AND BRENDA H. McCUSKEY

## Listed Securities

| | |
|---|---|
| Pfizer, Inc. Common Stock | 18,688 |
| Smith Barney Mutual Fund | 55,244 |

## Real Estate Owned

| | |
|---|---|
| Personal Residence<br>Washburn IL | 135,000 |
| 1/3 Interest in Condominium<br>St. Petersburg FL | 17,000 |

## Individual Retirement Accounts

| | |
|---|---|
| Fidelity Investments | 154,090 |
| American Centry Investments | 10,211 |

## Deferred Compensation

| | |
|---|---|
| With State of Illinois as<br>Employer--Invested in<br>Vanguard Inst. Index Fund | 22,513 |
| State of Illinois<br>Judicial Retirement System | 93,259 |
| Illinois Municipal Retirement Fund | 10,676 |